THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDALLA ALI, an individual,<br><br>        Plaintiff,<br>v.<br><br>LIBERTY MUTUAL INSURANCE, a foreign corporation doing business in Washington State,<br><br>    Defendant. | NO.  2:23-cv-1333 BJR<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

**STIPULATION**

The parties, by and through their respective counsel of record hereby stipulate to amend Plaintiff's complaint pursuant to LCR 15. Attached hereto as Exhibit A is the Proposed Amended Complaint. Plaintiff's original complaint names Liberty Mutual Insurance as Defendant. The proper defendant should be named "First National Insurance Company of America". Plaintiff's amended complaint names the correct Defendant.

//

//

//

STIPULATION AND ORDER TO AMEND
COMPLAINT - 1

2:23-cv-1333 BJR

MURPHY TRIAL LAW
22722 29th Drive SE Suite 100
Bothell, WA 98021
(425) 998-7012

DATED this 2nd day of November, 2023.

| | |
|---|---|
| _____ <br> Jason Murphy, WSBA # 50605 <br> Murphy Trial Law, PLLC <br> 22722 – 29th Drive SE, Suite 100 <br> Bothell, WA 98021 <br> 425-998-7012 T | 425-999-4176 F <br> jason@murphytriallaw.com <br> Attorneys for Plaintiff | _s/Lesli S. Wood via email 10/31_ <br> Lesli S. Wood, WSBA# 36643 <br> Wilson Smith Cochran Dickerson <br> 1000 Second Ave., Suite 2050 <br> Seattle, WA 98104 <br> 206-623-4100 T | 206-623-9273 <br> wood@wscd.com <br> Attorneys for Defendant |

**ORDER**

Based on the foregoing stipulation of the parties, it is ordered that Plaintiff shall file the Amended Complaint attached as Exhibit A within 14 days of this order.

.

DATED this 3rd day of November, 2023.

*Barbara J. Rothstein*

Barbara J. Rothstein
United States District Judge

STIPULATION AND ORDER TO AMEND COMPLAINT - 3

2:23-cv-1333 BJR

MURPHY TRIAL LAW
22722 29th Drive SE Suite 100
Bothell, WA 98021
(425) 998-7012