THE HON. BARBARA J. ROTHSTEIN
TRIAL DATE: 01/27/2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDALLA ALI, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington State,<br><br>　　　　　　　　　　Defendant. | No. 2:23-CV-1333 BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:23-CV-1333 BJR) – 1
LSW6892.079/ 4870-1241-8813 v.1x

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 20th day of December, 2024.

    *s/ Jason Murphy* (per electronic authorization)
Jason Murphy, WSBA #50605
Murphy Trial Law PLLC
22722 29th Dr SE Ste 100
Bothell, WA 98021-4420
425-835-2614
jason@murphytriallaw.com
Attorneys for Plaintiff

*s/ Victor N. King* (per electronic authorization)
Victor N. King, WSBA #33759
KING LAW GROUP PLLC
400 Industry Drive, Suite 180
Tukwila, WA 98188-3426
425-255-0858
victor@kingadvantage.com
Attorneys for Plaintiff

*s/ Lesli S. Wood*
Lesli S. Wood, WSBA# 36643
Wilson Smith Cochran Dickerson
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273
wood@wscd.com
Attorneys for Defendant

---

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:23-CV-1333 BJR) – 2
LSW6892.079/ 4870-1241-8813 v.1x



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL

Based on the above stipulation, IT IS SO ORDERED .

DATED this 20th day of December 2024.

_____
Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:23-CV-1333 BJR) – 3
LSW6892.079/ 4870-1241-8813 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 20th day of December, 2024.

    *s/ Traci Jay*
    Traci Jay

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:23-CV-1333 BJR) – 4
LSW6892.079/ 4870-1241-8813 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273